IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARGARETTE J. HOOD                                              PLAINTIFF

          v.                      Civil No. 11-5185

MICHAEL J.  ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

## J U D G M E N T

    Now on this 7th day of March, 2013, comes on for consideration the Report and Recommendation

dated February 15, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge

for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the

parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and

Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the

Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's

complaint with prejudice.

    IT IS SO ORDERED.

          /s/ Jimm Larry Hendren
          HONORABLE JIMM LARRY HENDREN
          UNITED STATES DISTRICT JUDGE